1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (916) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11  SHERYL JUELCH,                 ) Case No. 2:06-CV-2871 CMK
                                   )
12            Plaintiff,           )
                                   ) STIPULATION AND ORDER
13       vs.                       )
                                   )
14  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
15  Security,                      )
                                   )
16            Defendant.           )
                                   )
17  _____)

18     The parties hereby stipulate by counsel, with the Court's
19  approval as indicated by issuance of the attached Order, that
20  Defendant shall have a first extension of time to respond to
21  Plaintiff's Request for Voluntary Remand.  Defendant is in the
22  process of assessing the continued defense of this matter, and
23  the extension is sought to allow the Appeals Counsel time for
24  further review of this matter.  The response date was August 9,
25  2007.  The new due date will be October 9, 2007.
26  / / /
27  / / /
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

*/s/ Robert K. Kolber, Esq.*
    *(As telephonically authorized on* September 20, 2007)
Robert K. Kolber
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Peter Thompson*
    (*As signed on* September 20, 2007)
PETER THOMPSON
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.


DATED:  October 1, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE